AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:22 CM 43
3447 County Road 3201, Clarksville, Arkansas )
72830 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Western  District of  Arkansas, Fort Smith Div.
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before  May 18, 2022  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.**   ☐ at any time in the day or night because good cause has been established.
** "No-Knock" authorized by the Court _____ (Magistrate's Initials)

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Hon. Mark E. Ford, U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5/4/22 11:35 a.m.   _____
Judge's signature

City and state:  Fort Smith, Arkansas   Hon. Mark E. Ford, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:22 CM 43 | Date and time warrant executed: 05/09/2022 6:00 AM | Copy of warrant and inventory left with: Joel WOOD |
|---|---|---|

Inventory made in the presence of: SA Andrew Chronister

Inventory of the property taken and name of any person(s) seized:
See attached property Receipts

> FILED
> US DISTRICT COURT
> WESTERN DISTRICT
> OF ARKANSAS
> May 13, 2022
> OFFICE OF THE CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/13/2022

**Received via email on May  13 , 2022.**

/s/ Honorable Mark E. Ford
**Mark E. Ford, U.S. Magistrate Judge**

ANDREW CHRONISTER
Digitally signed by ANDREW CHRONISTER
Date: 2022.05.13 10:09:37 -05'00'

*Executing officer's signature*

SA Andrew Chronister

*Printed name and title*

## ATTACHMENT A – LOCATION TO BE SEARCHED

Subject Premises: The location to be searched is 3447 County Road 3201 Clarksville, Arkansas 72830. The Subject Premises is located in the Western District of Arkansas and has a mailing address of 3447 County Road 3201, Arkansas. The Subject Premises are two mobile homes sitting on 17.73 acres with several outbuildings surrounded by vehicles and other farm equipment.

The buildings for the Subject Premises are depicted in the following photograph overhead picture. The Subject premises are labeled as "Wood, Joel or Malina":



## ATTACHMENT "B"

## ITEMS TO BE SEARCHED FOR, SEIZED, AND SEARCHED

Definitions: The terms "records," "documents," and "materials" include all of the following items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including (but not limited to) any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly), any photographic form (such as microfilm, microfiche, prints, photocopies, electronically stored images), any mechanical form (such as information on an electronic, or magnetic storage device, such as floppy diskettes, backup tapes, CD-ROMs, optical discs, or smart cards, as well as printouts or readouts from any magnetic storage device). The term "records" shall include the content of electronic communications in electronic storage within the meaning of 18 U.S.C. § 2703(a).

1. Controlled substances and objects and containers such as packaging, scales, and related paraphernalia used in the manufacturing, distribution, concealment, sale, use and/or transport of methamphetamine.

2. Cash, currency, and records related to income and expenditures of money and wealth concerning controlled substances, including but not limited to: money orders, wire transfers, credit card records, cashier checks, receipts, bank statements, passbooks, checkbooks, check registers, and safe deposit box keys;

3. Books, records, papers, receipts, documents, notations, diaries, journals, or ledgers, showing the receipt, storage, obtaining, manufacturing, use of items used in the commission of criminal activities as described above, and notes of computer passwords, codes, or any other security information or device, in whatever media found;

4. Receipts, invoices, titles, deeds, and any other documents, which is evidence of expenditures and/or are evidence of items purchased in the commission of criminal activities as described in paragraph 1 above;

5. Travel records and receipts, bank safe deposit records storage facility records, ledgers, correspondence, telephone books, telephone records, including any records, documents, address books, photographs, and other documents, tending to establish the identity of associates, customers, suppliers, manufacturers of individuals who are engaging in the criminal activities as described in paragraph 1 above;

6. Books, records, papers, receipts, documents, notations, diaries, journals, or ledgers, showing receipt, expenditure or availability of substantial amounts of currency, cash, or money;

7. Bank statements, account information in regards to, but not limited to, money market accounts, savings accounts, checking accounts, retirement accounts, deposit slips, withdrawal slips, and canceled checks for and all bank accounts, including certificates of deposit and money market accounts;

8. Credit card receipts and credit card statements and charge account information;

9. Photographs depicting assets, firearms, illegal behavior, travel, and/or expenditures;

10. Electronically stored records showing proof of residence, proof of storage unit use and/or rentals, additional properties owned or documents reflecting straw purchases, real estate transaction documents, rental agreements or documents, as well as automotive sale or purchase or financing documents;

11. Documents purporting to indicate income or salaries received reflecting employment, hours worked, wages earned, withholdings, W-2 and W-4 forms, (blank or executed), state and federal tax returns or documents pertaining to the preparation thereof;

12. Records showing secret clientele lists, business associates, diversification of wealth, United States Currency, and firearms related transactions;

13. Any other electronically or otherwise stored tangible items evidencing the obtaining, transfer, secreting, and/or concealment of assets and/or money;

14. Records, documents, receipts, and/or negotiable instruments which evidence the purchase of negotiable instruments and/or the structuring of currency transactions to avoid the filing of currency transactions reports and/or the laundering of monetary instruments;

15. All electronically stored books, records, papers, receipts, ledgers, and journals, or other tangible evidence, recording income, expenditures, assets, and liabilities;

16. Documents evidencing fruits, instrumentalities, monies, records, and notations, associated with the crimes as described in paragraph 1 above;

17. Computer Hardware consisting of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data processing devices (including but not limited to central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks);

18. Uploaded Computer Software such as digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities;

19. Items which can also be stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment, including floppy diskettes, fixed hard disks, or removable hard disk cartridges, software or memory in any form, including portable storage media, more particularly described as follows:

   a. Any and all computer-related documentation consisting of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

   b. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software digital code may include a programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well a reverse the progress to restore it.

21. The phone numbers and/or direct connect and/or names and identities, including electronic mail addresses, usernames and passwords assigned to the cellular telephone devices and computers mentioned above.

22. Cellular telephones, tablets and portable devices including information stored within the devices including but not limited to: digital, cellular, and/or telephone numbers and/or direct connect numbers, names and identities, including electronic mail addresses, usernames and passwords stored in the above listed cellular telephone devices and computers and in any other electronic media attached to or found with the devices, including but not limited to SIM cards and flash memory cards.

23. Phone numbers, direct connect numbers, electronic mail addresses contained within the cellular telephone devices and computers listed above. Internet Protocol addresses and other accounts dialed or accessed using the device or otherwise communicating with or accessing the above listed items.

24. Photographs, text messages, electronic mail messages and any other documents or information stored in the memory of the above listed items relating to violations of Title 21 USC § 846 and § 841 and Title 18 USC § 1956 & 1957.

25. Firearms used to protect illegal controlled substance and/or proceeds from the sale of illegal controlled substances.

26. Joel Keith Wood.

27. Ryan Keith Wood

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: 245C-LR-3484443

On (date) 5/9/2022

item(s) listed below were:

☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name)

(Street Address) 3447 CR 3201 - Area 1

(City) CLARKSVILLE, AR 72830

## Description of Item(s):

1 - Samsung phone with case
SM-A426U
IMEI: 350760507232044
S/N: R5CT134P5YM

2 - Springfield XD
S/N: S4110386

2A - 5 Bullets and magazine from Item #2:
Springfield XD
S/N: S4110386

3 - Intratec 9MM Luger Model TEC-9
S/N: 9615

3A - 17 Bullets and magazine from Item #3: Intratec 9MM Luger Model TEC-9
SN9615

4 - Samsung Cellphone
IMEI: 354030117949593

5 - Address Book

6 - Pink Gun
SCCY CPX-2 9MM
S/N: C326488

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| | |
|---|---|
| 6A - 18 bullets and two magazines from Item #6<br>Pink Gun<br>SCCY CPX-2 9MM<br>S/N: C326488 | |
| 7 - Iphone Model A1633 | |
| 8 - New England Firearms Rifle with scope<br>S/N: NR369241<br>243 CAL | |
| 9 - New Englands Firearms Rifle<br>S/N: NB284430 | |
| 10 - Walther Smith and Wesson 9 MM<br>S/N: 8033BAM | |
| 10A - 6 Bullets and 1 magazine from Item #10<br>Walther Smith and Wesson 9 MM<br>S/N: 8033BAM | |
| 11 - LG Cellphone<br>IMEI: 355866071088509<br>S/N: 610CYDG108850 | |
| 12 - Papers including paystubs and mail | |
| 13 - Ammo<br>385 (.38) bullets<br>18 (9mm) bullets<br>63 (.380) bullets | |
| 14 - Paper - handwritten phone list | |
| 15 - Magazines with bullets | |
| 16 - Samsung Cellphone with broken screen | |
| 17 - not seized | |
| 18 - R.S.A. LLC<br>634347 | |
| 19 - Visa Debit Card and banking documents | |
| 20 - Password books | |
| 21 - Magazine with ammo | |
| 22 - Samsung Galaxy cellphone<br>IMEI: 359488099010898 | |

| | |
|---|---|
| 23 - Ammo 22WMR HP | |
| 24 - Assorted magazines and ammunition | |
| 25 - not seized | |
| 26 - SD card from trail camera | |
| 27 - Assorted ammunition | |
| 28 - SD card in game camera | |
| 29 - not seized | |
| 30 - Yogu Model 59--66<br>7.62x39 with scope and bayonet<br>S/N #H266531 | |
| 31 - Savage 62<br>S/N #3297838 | |
| 32 - CVA Hunter with scope<br>S/N #61-06-044528-15 | |
| 33 - Morkico SKS with scope<br>S/N #1102670 | |
| 34 - Stevens 94C<br>No serial number | |
| 35 - not seized | |
| 36 - Unmarked make and model<br>S/N #39887 | |
| 37 - InterArms Model 62SA<br>S/N #G341691 | |
| 38 - M91-30<br>S/N 9130136398 | |
| 39 - Ruger LC9S<br>S/N #458-01204 | |
| 39A - Magazine and bullets from Item #39<br>Ruger LC9S<br>S/N #458-01204 | |
| 40 - Magazine and bullets | |
| 41 - Dell Laptop<br>S/N #3T24N93 | |
| 42 - not seized | |

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| | |
|---|---|
| 43 - Assorted ammunition | |
| 44 - HP Laptop S/N #5CD0401N80 | |
| 45 - not seized | |
| 46 - American Tactical AR with scope SN# NS013096 | |
| 46A - Magazine and ammo from Item #46 American Tactical AR SN# NS013096 | |
| 47 - Remington Model 10A S/N: 125510 | |
| 48 - Remington Fieldmaster Model 572 | |
| 49 - Henry Rorentiny Army .22 GB330132 | |
| 49A - 15 Bullets from Item #49 Henry Rorentiny Army .22 GB330132 | |
| 50 - Interarms Model 22 ATD S/N #903605 | |
| 51 - Marlin Model 25MN , S/N 99407328, with scope | |
| 51a - One magazine with bullets | |
| 52 - Browning Arms Company with scope A-Bolt CAL .30-06 21819MV351 | |
| 53 - Remington 770 S/N M71623352, with scope and sling. | |
| 53a - 1 magazine and four bullets from sling from Item 53 | |
| 54 - Remington 625-06 Model 700 SN#: E6368989 | |
| 55 - Remington Woodmaster Model 742 s/n A6979432 | |
| 55A - Magazine and ammo from item #55 Remington Woodmaster Model 742 s/n A6979432 | |
| 56 - Harrington Richardson Inc. Model 176 S/N #AT387771 10 guage | |

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

| | |
|---|---|
| 57 - Remington 870<br>S/N W72499519 | |
| 57A - Bullets from Item #57:<br>Remington 870<br>S/N W72499519 | |
| 58 - Savage Arms Model 94 12 Gauge<br>S/N D903277 | |
| 59 - Harrington and Richardson<br>SN# Az564662 | |
| 60 - Mossberg 20 GA<br>S/N R562935 | |
| 60A - Bullets and magazine from Item #60<br>Mossberg 20 GA<br>S/N R562935 | |
| 61 - Mossberg 183D-B .410 GA | |
| 61A - Ammo from item #61<br>Mossberg 183D-B .410 GA | |
| 62 - BPI-Connecticut Valley Arms Inc Bobcat<br>Black powder Rifle<br>SN# 61-13-015554-00 | |
| 63 - Remington 597<br>S/N #B2775183 | |
| 64 - 44 Magnum/ Bounty Hunter<br>S/N #N7103 | |
| 65 - not seized | |
| 66 - Hipoint 45<br>S/N #X492999 | |
| 66A - Magazine and bullets from Item 66<br>Hipoint 45<br>S/N #X492999 | |
| 67 - Not seized | |
| 68 - Black Cellphone | |
| 69 - USB thumbdrive | |
| 70 - Galaxy S7 Cellphone<br>IMEI: 353450088553979 | |
| 71 - Assorted ammunition | |

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

| | |
|---|---|
| 72 - Stevens Model 300<br>S/N 138109R | |
| 72A - Ammo Stevens Model 300<br>S/N 138109R | |
| 73 - Assorted ammunition | |
| 73A - Assorted ammunition | |
| 74 - Knight Muzzle Loader 50 Cal | |
| 75 - Connecticut Vally Arms Inc. Hunter Hawken 50 CAL<br>SN 631517 | |
| 76 - Connecticut Valley Arms, s/n 61-13-049925-99 Staghorn | |
| 77 - Glenfield Model 10 .22 CAL<br>S/N #22742950 | |
| 78 - Winchester Model 270<br>S/N #372263 | |
| 79 - C.A.I. SKS<br>S/N #2375272 | |
| 80 - Topper Model 158<br>S/N AL214244 | |
| 81 - Plinketton KeChiappa<br>S/N #CF1009645 | |
| 82 - H & R Sportsman<br>S/N #L6403 | |
| 83 - Ruger Super Black Hawl<br>S/N# 88-74311 | |
| 84 - Taurus Tracker S/N #351460 | |
| 85 - American Tactical<br>S/N #A786364<br>.22 LPHV<br>1911 | |
| 86 - Savage Arms Model B 12 Gauge<br>no Serial number | |
| 87 - memory card | |
| 88 - not seized | |
| 89 - Smith and Wesson Model M&P 15-22<br>S/N DEU1684 | |

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

90 - not seized

91 - not seized

Received By: *[signature]*
(signature)

Received From: _____
(signature)

Printed Name/Title: *[signature]*

Printed Name/Title: _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID:   245C-LR-3484443

On (date)   5/9/2022

item(s) listed below were:

☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name)

(Street Address)   3447 CR 3201 – Area 2

(City)   CLARKSVILLE, AR

**Description of Item(s):**

| |
|---|
| Western Field Model 59 rifle |
| 15 .22 Caliber Long Rifle Rounds |
| Ruger model 1022 SN 242-95683 |
| 10 .22 long rifle rounds |
| Mossberg Model 88 12 GA SN: MV71361V |
| 9 12 GA shotgun shells |
| Remmington 870 Express Magnum SN: A200404M |
| 5 12 GA shotgun shells |
| Motorolla Cellphone |
| Toshiba Laptop |
| Assorted paperwork |
| Black HP laptop |
| Red HP Pavillion G laptop |
| Black Toshiba Laptop |
| Gun parts |
| Item not taken |
| 3 Ammo cases of ammo; shotgun shells, rifle rounds |
| 4 Magazines with ammo |
| Box of Winchester .45 Ammunition |

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

| |
|---|
| .243 Rifle rounds |
| Samsung Cellphone in Black case |
| Samsung Galaxy Note 4 |
| Item not taken |
| Springfield Rifle SN1155655 |
| 4 Rifle rounds found inside item 17 |
| 11 flash drives |
| Supressor |
| New England Handy Rifle 243 SN NH382168 |
| 9 Rifle rounds |
| AT&T prepaid Sim card inside red container |
| High Definition Video recorder |
| Blue filing folder with assorted paperwork |
| Blue Spiral folder with notes |

**Received By:** _(signature)_

**Printed Name/Title:** Thomas P. Timpa
BRT TL

**Received From:** _(signature)_

**Printed Name/Title:**

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID:　245C-LR-348443

On (date)　5/9/2022　　item(s) listed below were:

☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name)

(Street Address)　3447 COUNTRY ROAD 3201 – Grey Shed and Trailer

(City)　CLARKSVILLE, AR 72830

## Description of Item(s):

| |
|---|
| Handgun |
| Silver handgun |
| 44 caliber ammunition |
| Double barrel shotgun |
| Miscellaneous ammunition |
| Stevens Model Shotgun |
| Remington Shotgun |
| Remington Shotgun |
| Rifle |
| Remington Shotgun Model 11-48 |
| Rifle |
| Rifle |
| Double barrel shotgun |
| Night Owl DVR |
| Black Samsung phone with charging cable |
| Revolver |
| Black TCL phone |
| Black Motorola phone with charging cable |
| Rifle Bayard |

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Black Lenovo tablet

**Received By:** _(signature)_

**Printed Name/Title:** Christopher Carter /SA

**Received From:** _(signature)_

**Printed Name/Title:**